FILED
US DISTRICT COURT
WESTERN DISTRICT
OF ARKANSAS

Mar 10, 2023

OFFICE OF THE CLERK

**FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983**

## IN THE UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF ARKANSAS
_Civil_ **DIVISION**

Willie Munn
_____
(Enter above the full name of the Plaintiff
in this action.)

Prisoner ID No. 080042
(Do Not Put Your Social Security Number)

V.                                    CASE NO. ___4:23-cv-4033___

James singleton Et Al
312 South Washington
Hope Arkansas 71801
_____
(Enter above the full name of the Defendant,
or Defendants, in this action.)

I.      **Previous Lawsuits**

     A.    Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?

         Yes _____     No ___✓___

     B.    If your answer to A is yes, describe each lawsuit in the space below including the exact Plaintiff name or alias used.  (If there is more than one lawsuit, describe  the additional lawsuits on another piece of paper, using the same outline.)

        1.    Parties to this lawsuit

        Plaintiffs: Willie Munn

        Defendants: James singlton Et Al James wise Deputy Bush, security Kadao, mike mikes

        2.    Court (if federal court, name the district; if state, name the county):

        Western District of Arkansas

        3.    Docket number: _____

        4.    Name of judge to whom case was assigned: _____

        5.    Disposition (for example:  Was the case dismissed?  Was it appealed?

        Is it still pending?) _____

        6.    Approximate date of filing lawsuit: _____

        7.    Approximate date of disposition: _____

**(Revised12/2016)**

II.     **Place of Present Confinement:** Varner Unit,
P.O. Box 600, Grady Ark 71644

III.    There is a written prisoner grievance procedure in the Arkansas Department of Correction and in your county jail. <u>Failure to complete the grievance procedure may affect your case in federal court.</u>

A.      Did you present the facts relating to your complaint in the state or county written prisoner grievance procedure?

Yes ___✓___          No _____

B.      If your answer is YES, Attach copies of the most recent written grievance(s)/response(s) relating to your claims showing completion of the grievance procedure. **FAILURE TO ATTACH THE REQUIRED COPIES MAY RESULT IN THE DISMISSAL OF YOUR COMPLAINT.** If copies are not available, list the number assigned to the grievance(s) and the approximate date it was presented.

C.      If your answer is NO, explain why not: I File on The Kiosks In The Jail, 10146 Willie Munn. Down Load, City Tell Con, To App In

IV.     **Parties** Hempstead County Netention Facility

(In item A below, place your name in the first blank and place your present address in the second blank.)

A.      Your Full Name: Willie Munn

Address: P.O. Box 600
Grady Arkansas 71644,

(In Item B below, place the <u>full</u> name of the defendant in the first blank, his official position in the second blank, his place of employment in the third blank, and his address in the fourth blank.)

Do Not List Witnesses.

You may not name the jail as a Defendant. The jail is a building and cannot be sued.

B.  Read carefully and fill out all information sought.

1. Defendant #1.

Full Name: James Singleton

Position: Sheriff

Place of Employment: Hempstead County Jail

Address: 312 South Washington
Hope Arkansas 71801.

-2-

**2. Defendant #2.**

Full Name: Deputy Bushi, ON 5-15-2022

Position: Deputy Sheriff

Place of Employment: Hempstead County Sheriff Dep

Address: 312 South Washington

Hope Ark 71801.

**3. Defendant #3.**

Full Name: James Wise

Position: Jail Administrator.

Place of Employment: Hempstead County Jail

Address: 312 South Washington Street

Hope Ark 71801,

**4. Defendant #4.**

Full Name: Katudo, unKNOWN

Position: Security Guard

Place of Employment: Hempstead County Jail

Address: 312 south washington

Hope Ark 71801

**If you need more space for additional Defendants, list the additional Defendants on another piece of paper, using the same outline.**

V.    **At the time of the alleged incident(s), were you:**
(check the appropriate blank)

_____✓_____    in jail and still awaiting trial on pending criminal charges
_____    serving a sentence as a result of a judgment of conviction
_____    in jail for other reasons (*e.g.*, alleged probation violation, etc.)

Explain: I was Arrest oN New Charge's while Awaiting

Shot in The Back, Then Assulted Twice By security

Guard s

**Please provide the date of your conviction or probation or parole revocation:**

11-18-2022, They waited To Long did Not

Have But 60 day; 5-15-2022-violted 11-18-22

Kidnapped; Faluse Imprisonment; Assulted;

-3-

**VI. Statement of Claim**

State every ground on which you claim that one or more of the Defendants violated your federal constitutional rights. For example, if you have an excessive force claim and a denial of medical care claim, you must fill out a separate section for each different claim. This section should be limited to the facts of your claim.

With respect to each claim, briefly describe the actions taken by each Defendant who you believe was involved in violating your rights. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. (Use as much space as you need. Attach extra sheets if necessary.)

Claim Number # 1:

Type of Claim (for example, excessive force, denial of medical care, etc.):

Excessive Force, As well As Denied The Proper Medical Care Treatment or Attention

Date of the Occurrence: 5-15-2022

Name of Each Defendant involved: Lest start with Deputy Bush. On 5-15-2022.. I Did Not have Any Warrant's for my Arrest, He Approched me, Call my Name Grabbed me when I Pull Away From Him He shot me In my Back, I Fell To The Ground UnConcioues,

Describe the acts or omissions of the Defendant(s) that form the basis for Claim #1 and any harm caused by it.

office Bush Injury my Back, when I Awaken It was police's All Around (me) officer Bush Had me Handcuff Behind my Back, sitting strallie me pulling prongs out my Back, Refuse To Take me To The Hospital. I am 66 Years Old I Draw Total 100% Disiability.

With regard to Claim #1, are you suing Defendant(s) in his or her: (check the appropriate blank)

___✓___ official capacity only (An official capacity claim is the same as suing the governmental entity this Defendant works for and requires proof that a custom or policy of the governmental entity caused the alleged violation).

___✓___ personal capacity only (A personal capacity claim is one that seeks to hold an individual liable for his own actions taken in the course of his duties).

___✓___ both official and personal capacity

**If you are asserting an official capacity claim, please describe the custom or policy that you believe caused the violation of your constitutional rights.**

Neglect And failure To Trian The officers
Education; Is The Key, The policy of The
Police Is To serve And Protect no TO
Punish Them who The public Has Appointed
You To protect, Assistisi House, Care For
And If Innonient Release, Not Punishment

**Claim Number # 2:**

**Type of Claim (for example, excessive force, denial of medical care, etc.):**

Now, Doing mY Arrest I was shot IN The Back
Was never Given AnY medical Attention

**Date of the Occurrence:** 5-15-2022, 6-2-2022 I fell

**Name of Each Defendant involved:** ON 5-15-2022 officer Bush,
Shot me IN mY Back, Refuse To Take me To The Hospital
It on Record, He Admitted IN Court, on 6-2-2022
Security Guard "mike mike" Real Name unKnown

**Describe the acts or omissions of the Defendant(s) that form the basis for Claim #2 and any harm caused by it.**

After Deputy Bush, Shot me IN mY Back Kidnapped
me, did not have A warrant, Took me To Jail IN
Stead Taken me To The Hospital; He violated Due
Process, EQual Protection of The Law office
mike mike, Place me IN Hand Cuff Behind mY
Back, Lock me IN A Cell, I Feel BackFord Ambulance
came And Got me! Iam mest up, Still mest up,

**With regard to Claim #2, are you suing Defendant(s) in his or her? (check the appropriate blank)**

_____    official capacity only (An official capacity claim is the same as suing the governmental entity this Defendant works for and requires proof that a custom or policy of the governmental entity caused the alleged violation).

_____    personal capacity only (A personal capacity claim is one that seeks to hold an individual liable for his own actions taken in the course of his duties).

_____    both official and personal capacity

**If you are asserting an official capacity claim, please describe the custom or policy that you believe caused the violation of your constitutional rights.**

Neglect, Now I am A Black Male, 66 Years Old; I am Mainding my own Buiness, you Jump out A car, 9 PM Night, call my Name Run On Privat Property, Shot me IN The Back, Haul me off To Jail, I Dont have ANY Felony warrants Treat me Like A wile ANomNal, Dont Give me

**Claim Number # 3:** medical care, But charge me with Something Never prove It sent me To Prison;

**Type of Claim (for example, excessive force, denial of medical care, etc.):**

This Nenial of medical care & Excessive force, Because you Did Not have A warrant

**Date of the Occurrence:** 5-15-2022, 6-2-2022, 11-18-2022

**Name of Each Defendant involved:** mike, mike, Took me up To Book IN, on 6-2-2022, To sign off on The complaint on Jupity Bush, who shot me IN my Back, mike mike left me Handcuff Behind my Back Look The Door And Left me IN cuffs

**Describe the acts or omissions of the Defendant(s) that form the basis for Claim #3 and any harm caused by it.**

Fail To Trial, Neglect, I Fell The Amblance Took me To The Emergency Room, A catsacan Show's Blood on my Spinal cord, contusion IN my Back, Injure's That still There, A Lasaration IN The Back of my Head, Which I still Have Problem's As of this Day All Three Hurt

**With regard to Claim #3, are you suing Defendant(s) in his or her: (check the appropriate blank)**

_____ ✓ **official capacity only** (An official capacity claim is the same as suing the governmental entity this Defendant works for and requires proof that a custom or policy of the governmental entity caused the alleged violation).

_____ ✓ **personal capacity only** (A personal capacity claim is one that seeks to hold an individual liable for his own actions taken in the course of his duties).

_____ **both official and personal capacity**

If you are asserting an official capacity claim, please describe the custom or policy that you believe caused the violation of your constitutional rights.

The custom Is The Good old Buddie system
Just Because You Belong To A class or Grope
of Individual's Do Not Give You Arithunit Y To Brake
The Law speracation; Arbavtary Conductive, And
Rascial profiling: Still You Must Follow Due
Process of Law; Fawst Arrest, Imprisment Cruelt/
fct Ect,

If you need more space for more claims, list the additional claims on another piece of paper, using the same outline.

**VII.    Relief**

If you are seeking to recover damages from the named Defendants, check the appropriate blank or blanks below for the type or types of damages that you are seeking:

✓       Compensatory damages (designed to compensate persons for injuries, such as physical pain and suffering, etc., that are caused by the deprivation of constitutional rights)

✓       Punitive damages (designed to punish a defendant for engaging in misconduct and deter a defendant and others from engaging in such misconduct in the future)

State briefly below any other relief you are seeking in this action. Make no legal arguments. Cite no cases or statutes.

A Trial BY A Jury.
500,000,00 Mental Angush.
500,000,00 Compensatory, Injurels
500,000,00 Officer's Assulting me Cause Pain
AN X And All other Relief This Hon.
Court Deam Appropated,

I declare under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct.

Executed this ____ day of _____ 20____.

_____
**Printed Name of Plaintiff**

_____
**Signature of Plaintiff**

In The United States District Court Of Arkansas

Western District Of Arkansas
Texarkana Division
Civil. 42.U.S.C.1983
1877, Civil Right

Willie Munn
VS

Sheriff James Singleton
Jail Administrator James Wise
City Police Officer Bush.
Security Guard Kato
Security Guard, micheal, mike mike
Judge Culpepper, Ben Hale etal

Judge Dunton Culpepper
Ben Hale Prosecutor
James Statton Lawyer
Charles Friday.

Plaintiff, Willie Munn, Bring's This Civil Right's
Pursuant, To 42 U.S.C.§ 1963 And 1871 Civil Right's
Complaint, That at All Time The Defendant's were
Employed Of The State Of Arkansas That at All
Time Revelant To This Complaint The Defendant's
Was Acting under The Color Of The Law, And They
New or Should Have Known That Their Conduct
Would Result In The deprivation Of plaintiff
Clearley Established statutory Constitutional
Right's And There Action Served No penological
Intrest, or objectives: plaintiff State's That He
Was Deprive Of Liberty without Due process of
Law; That Excessivtle Force was used on Him
That He Is 66 Years And Tolal 100% Disable

1

On May 15, 2022, Approximately; 9:pm. At Night He was Standing on property of A Friend, private property; When Officer Bush Came Down The Street's Where The Plaintiff was visiting His Friend, on His privat property, The Car Turn His Light's As It Approched The Coner Almost Immdiatley; A person Jump out The Car, Ran unto The property And Grub Munn By The Arm; "Munn" was Stong He Pull Away Think A "Robbery Drive By," What The Henk Heck; As Munn Pull Away for The Purteper He Turn His Back And Heard A Loude Boom Munn Fall To The Ground Knock out. About 15 mintues Later, Munn Awaken To Find Him-self In Hand Cuff. with police Every where Exsept The Officer Who Had Shot Him In The Back "Munn" 66 Years Old, 100 % Total Disable; "munn" Stated He Needed To go To The Hospital. Officer Refuse me medical Care, Attention, And medical Treatment, Delibest Indifference, To A serious medical Need; The Officer Bush Took Munn To Book In at The Hempstead County Criminal Detention Center Located at 312 South Washington Hope Arkansas 71801; In which Munn Request medical Care Again, And Ask To Be Taken To The Hospital To No Advial;

2

Lest Kseep Th mind That [ Filo Warrant Had Been Issue
From A Magrast Judge Arthriting The Arrest of _munn_
willie munn Ark Rule of _criminal 7. l. C_; The Officer
Then Made several Trips, To The city And county
side; Looking For warrant's He Final officer Bush
who shot me _IN my Back_ For No probable cause
per my _4th 5 th, & 14th Amend of The state And_
_united states Constitutional Right's_ ) 776, 1876.
He suddly Came up with A minor warrant For
some "misdemenors" I said write me A Ticket.
He Then officer Bush; pull A Brown Bottle from
Behind His Back, That Contain Two white pill's
He said what Is This; I said I Dont know;
were did you Get It; He said when you was
Knock out _unconsicious_ I Got It out your Back;
pocket, while pulling Them prongs out my Back;
I said, I Dont know what It's probable my
Med Formor For my _suger_, upon _Book IN_ without
_Feild Testing_ The officer charge me with possession
of A Controlle substance, Ark Code ANN 5-64-419.
with ~~out~~ A Nutural Necuthered Discision maker
Violated my 4 th, 5 th, 8th And 14th Amend's
Right's Bond set at 10,000. on 12-5-22 I
went Before _Judge Culpepper, And Prosicutor_
_Ben Hale_ I move for A Direct Verdict No with
standing The virdict for _Insuffience Evidence_

3

Not Say ANY Thing; The Judge Hunlon Culpepper Ask The
State prosecutor Ben Hale For The Evidence; He went
Over Some Paper's And Said Judge It Been Submitted
But It Not Back Yet) Wait A Minuted, willie Munn
Was Given A 10 Year Suspended Sentence, 9-28-2020
On 10-27-2022 It was Revoked, For This Possession
Charge, As To Why I am In Jail Now; The State File
A Revocation hearing on 6-17-2022; I Bond out on
7-1-2022, Then You Revoked my 10 Years Suspended
Sentence on 11-18-22, Had A hearing on 10-27-22
In which officer Bush Testified, But offer No proof,
Then on 12-5-22 You tell The Judge There No Evidence
Back Yet, Falust Imprisoment, purgury Malis Corruption
So That Excessive force falust Imprisment hlenial Of
Medical Care, And my Next Court Aate Is 1-9-2023,
Jury Trial 1-19-23; on Evidence You have Not had
From 5-15-2022. Then You Took my Ten Your Suspended
For without Just Cause; The Same Way You Falust
Convicted me Of A Burqlary That I Aid Not
Committee; on 10-27-22 The victim Latasha Fetherson
Came To my Revocation hearing And Sworn under
Oath, That willie Munn Aid Not Brake In my Home
That willie Munn Aid Not Steal or Take ANY Thing out
my Home; That The Door was open; When Then
His Girl Friend Entered The Home First With

4

Willie Munn, Behind her, They Both, was Acting strange
Willie Munn was Total Nudd, when I Yell at Him He
Jump Turn To Run out my Home And Accidential
Hit The T.V. And It Fell And Broke, when The police
Came Munn Had went Back To miss Lisa Hawking who
He was wating Live next Door, miss Hawking was Still
In my House, But The police Kick her Door IN And
went IN Got willie munn Took Him To Jail And Charge
Him with Burglory That Never Happen, His Lawyer would
Not File Any pre Trial motion or Invesgation, Munn
was force To Accept The 10 Year Suspended But he was
on parole: So The parole Officer Ann Johnson First
Violated His parole, while Awaiting Transfor To prison
Munn sit In The Jail 150 Day's Doing That time The
State Convicted Him Again, And Gave Him A Ten Year
Suspended. Sentence, Munn Served 150 IN Jail 10 month
Month's IN prison: Had Some Charges pending From +25-20
That The Judge Brought From Court (1) Division To Court
(2) Aivision, And Gave Him 6 Years Each. without
Addression munn IN Open Court, As To The Guilt
or Innonicence of The Charge's Just Gave Me Two
New Sentence off The Jump: Told The Prosecutor
I Just Give Him 6 Year on Each. They Laugh
About It, Said He will Be 76 Years Old when
He Get out prison: Prejudicus Violated my 4th
5th 6th 8th And 14th Amend of The Constitution

5

Against. No The
Judge Culpepper state prosecuter Ben Hale, Know That
Before Bringing Charges From one Division To Another
They Must Give A 3 To 15 Day's Notice, His Action
Proudiced Munn In Fringement Federal Constitution
Right's; Now The Judge Culpepper And State
Prosecuter, New That Ark Rule of Criminal
Proluder's 28.1, 28.2, 28.3 30.a prohibits
A Defendant From Being Tried For A Crime If
More Than 12, To 18, Month's Has Pass; Case
CR-29-2052 was 34 month's old; The Judge
Culpepper, Told The state prosecuter, To Bring
The Charge's overd And He Gave me 6 Year on
Both Charge's Without Addressing me In
Open Court As To The Guilt, promise Agreement
what part Aid I play In The Charge's Nothing
At A Revocation hearing Impose A New
Sentence; State Vs Zarate 264 Neb 690, 651 N.W
2.d 215 2002. State V Bostick washington App
2017 Inability, Nid Not Give A written
Reasons, (b) 2 (B) (a) was Not Set out In The
Charging Instrement 16-90-803 (B)(2)(A).

6

Rule 4-3-(b). Baltimore Vs State 553 S.W.3d
286, Ark App 2017; The Judge New That There
Conduct was wrong; They Are Not Immunity From
Suite, Sovereing Immunity of A Government
Official, See Ark Rule App P. Civil 2 (a)(10) City
of Little Rock Vs DaYons 2017 Ark 18 at(4)
509 Sw.3d 632 Thurston In His official
Capacity AS Secretary Of State of Arkansas
2022 Ark 32 639 Sw.3d 319 Wade V Ferguson
2009 Ark 618 Liberally Construed a De Novo
Review State Vs West 2014 Ark 174 2014; W. L.
1515 898 Fatpip Inc State 2012 Ark 248 416 Sw
3d 574. Clearley Established statutory Consititut
sion Right's Harlow Vs Fitzgerald, 457
U.S. 800 818; 102 S. Ct 2727, 73 L.Ed 2d 396
1982 Liability; No penological Interest
Also See Ashcroft Vs Iqbal 129 S. Ct 1931
173 L.Ed.2d 886 556 u.s. 662 77 u.s.l.w.
4387 9809 Federal Rule of Civil Procuders
8 (a) "(a" Sheriff Libility. James Singleton,
Starr Vs Baca 652 F.3d 1202 11 Cal Daily Op
Serr, 9296 11 Cal Dail Of Serv 11148 9th Cir 2019

7

Select And Vindictiveness prosecution; Torts 35
41 (1934) 3 - Blackstone 127 Fals Imprisment
Simpson V Hill 1. Esp 431-32 170 Eng Rep 409 N.P.
1795. Terry V. Ohio 392 U.S. 1 88 S.ct 1868
20 L. Ed 2d 889 1968; United States V Jackson
466 U.S. 109 113 N.S 104 S.ct 1652 80 L.Ed
2.d 85 1984; Wallace Vs Kato 549 U.S. 384
388-89. Did Not have Probable Cause, Gamero
471 US at 15. 105 S.ct 1694; Hodari (N).
499 US at 606 N.2 111 S.ct 1547; Torres
Vs, Madrid 141 S.ct 989 209 L.Ed 2d 190 2021
Dobb V State 543 Sw.3d 513 Ark App 2018
Illegal Sentence; Muhammad Vs State
2021 Ark 129 624 Sw.3d 300 335; <u>Recused;</u>
The Judge And Prosecuter, As Well As The Lawyer,
All Should Refraim from my case; I was Denied
The Effective Assistance of Counsel; I was Not
Given A Notice of Revocation hearing Ark code
ANN § 5-4-310 (b) 3 1987. Green Vs State
777 Sw 2d 225 29 Ark App 69 Ark 1989
Denied A Continuance, Denied To Dismiss
my Lawyer, I Tried In open Court 10-27-22
Denied

8

The 10-year sentence was Illegal on it's face, see
William vs State 553 Sw.3d 753 Ark 2018. The
Court of Appeal Of Arkansas Reversed A conviction
of Residential Burglary And Reversed The Revocation
Of A Suspended Sentence for failure To prove Intent
And Did Not Prove purposley To Of The Elements
That Must Be proven It Was A False Police Report
Ark Code 5-54-122 AR-St § 5-54-122A False
Report With Law Enforcement Agency; The police
Charge me With Burglary When No Report was Ever
Call IN As To A Burglary And The victim came
And Testify And Told The Judge And prosecuter
That I Did Not Burglary Her Home, Mrs hatashia
Feartherson Will come And Test Y she pleaded with
The prosecuter And Judge That She Being Knowing
Mr Munn For 15 Years They Told Her, We Know That
He Did Not Burglary Your Home But we going To send
Him To prison Any; Day for Nay That You All can go
Home; It Was No Burglary over 3 Years Ago; I Been
Kindnapped False Imprisment, Assulted Twice
Fell IN The Jail, 3 time INjureing my self No follow
up With medical care; The police File A false
Report, 9-28-2020; I was sent Back To prison
First, While Awaiting I was sentence To 10 Years
ON 10-27-22 I was Revocked at A hearing
And Given Two New 6 Years sentence And The 10
                    9 Will Explain, please

# Wadley Regional Medical Center

A STEWARD FAMILY HOSPITAL

Name: Willie Munn
Acct Num: WH0005460704
Med Rec Num: WR16773632
Location: Emergency Department
Primary Provider: Frey,John L
Date: 10/30/22

## General Neck and Back Pain



Both neck and back pain are usually caused by injury to the muscles or ligaments of the spine. Sometimes the disks that separate each bone of the spine may cause pain by pressing on a nearby nerve. Back and neck pain may appear after a sudden twisting or bending force (such as in a car accident), or sometimes after a simple awkward movement. In either case, muscle spasm is often present and adds to the pain.

Acute neck and back pain usually gets better in 1 to 2 weeks. Pain related to disk disease, arthritis in the spinal joints, or narrowing of the spinal canal (spinal stenosis) can become chronic and last for months or years.

Back and neck pain are common problems. Most people feel better in 1 or 2 weeks, and most of the rest in 1 to 2 months. Most people can remain active.

People have and describe pain differently.

- Pain can be sharp, stabbing, shooting, aching, cramping, or burning
- Movement, standing, bending, lifting, sitting, or walking may worsen the pain

**Wadley Regional Medical Center**

A STEWARD FAMILY HOSPITAL

Name: Willie Munn
Acct Num: WH0005460704
Med Rec Num: WR16773632
Location: Emergency Department
Primary Provider: Frey,John L
Date: 10/30/22

- You may use acetaminophen to control pain, unless another pain medicine was prescribed. Don't use aspirin or ibuprofen after a head injury. If you have long-lasting (chronic) liver or kidney disease, talk with your healthcare provider before using these medicines. Also talk with your provider if you ever had a stomach ulcer or gastrointestinal bleeding.
- For the next 24 hours:
  - Don't drink alcohol or take sedatives or medicines that make you sleepy.
  - Don't drive or operate machinery.
  - Don't do anything strenuous. Don't lift or strain.

- Don't return right away to sports or to any activity where you could hit your head. Wait until all symptoms are gone and you have been cleared by your healthcare provider. Having a second head injury before you fully recover from the first one can lead to serious brain injury.
- After a few days, it's OK to go back to your normal daily activities. But don't do anything that could cause your head to be hit again.

## Follow-up care

Follow up with your healthcare provider in 1 week, or as directed.

A radiologist will review any X-rays or CT scans that were taken. You will be told of any new findings that may affect your care.

## When to seek medical advice

Call your healthcare provider right away if any of these occur:

- Headache or dizziness that won't go away
- Redness, warmth, or pus from the swollen area

## Call 911

Call 911 or get medical care right away if any of these occur:

- Repeated vomiting (it's common to vomit once after a head injury)
- Headache or dizziness that is severe or gets worse
- Loss of consciousness
- Unusual drowsiness, or unable to wake up as usual
- Weakness or decreased ability to walk or move any limb
- Confusion, agitation, or change in behavior or speech, or memory loss
- Blurred vision
- Convulsion (seizure)
- Swelling on the scalp or face that gets worse
- Changes in pupil size (the black part of the eye)
- Fluid draining from or bleeding from the nose or ears

**StayWell last reviewed this educational content on** 6/1/2018

© 2000-2021 The StayWell Company, LLC. All rights reserved. This information is not intended as



Name: Willie Munn
Acct Num: WH0005460704
Med Rec Num: WR16773632
Location: Emergency Department
Primary Provider: Frey,John L
Date: 10/30/22

a substitute for professional medical care. Always follow your healthcare professional's instructions.



**Wadley Regional Medical Center**

A STEWARD FAMILY HOSPITAL

Name: Willie Munn
Acct Num: WH0005460704
Med Rec Num: WR16773632
Location: Emergency Department
Primary Provider: Frey,John L
Date: 10/30/22

# Concussion



A concussion is a type of brain injury. It can be caused by a direct hit or blow to the head, neck, face, or body. The force of the blow makes the head and brain shake quickly back and forth. In some cases you may lose consciousness. Depending on the severity of the blow, it will take from a few hours up to a few days to get better. Sometimes symptoms may last a few months or longer. This is called post-concussion syndrome.

At first, you may have a headache, nausea, vomiting, or dizziness. You may also have problems concentrating or remembering things. This is normal.

Symptoms should get better as the hours and days go by. Symptoms that get worse could be a sign of a more serious brain injury. This might be a bruise or bleeding in the brain. That's why it's important to watch for the warning signs listed below.

School-age children are more at risk for symptoms that don't go away after a concussion. They should be watched very closely.

## Home care

If your injury is mild and there are no serious signs or symptoms, your healthcare provider may recommend that you be watched at home. If there is evidence that the injury is more serious, you will be watched in the hospital. Follow these tips to help care for yourself at home:

- After a concussion, your healthcare provider may recommend that a family member or friend watched you for 12 to 24 hours. They may be told to wake you every few hours during sleep to check for the signs below.
- If your face or scalp swells, apply an ice pack for 20 minutes every 1 to 2 hours. Do this until the swelling starts to go down. To make an ice pack, put ice cubes in a plastic bag that seals at the top. Wrap the bag in a clean, thin towel or cloth. Never put ice or an ice pack directly on the skin.

**Wadley Regional Medical Center**

A STEWARD FAMILY HOSPITAL

Name: Willie Munn
Acct Num: WH0005460704
Med Rec Num: WR16773632
Location: Emergency Department
Primary Provider: Frey,John L
Date: 10/30/22

- You may use acetaminophen to control pain, unless another pain medicine was prescribed. Don't use aspirin or ibuprofen after a head injury. If you have long-lasting (chronic) liver or kidney disease, talk with your healthcare provider before using these medicines. Also talk with your provider if you ever had a stomach ulcer or gastrointestinal bleeding.
- For the next 24 hours:
  - Don't drink alcohol or take sedatives or medicines that make you sleepy.
  - Don't drive or operate machinery.
  - Don't do anything strenuous. Don't lift or strain.

- Don't return right away to sports or to any activity where you could hit your head. Wait until all symptoms are gone and you have been cleared by your healthcare provider. Having a second head injury before you fully recover from the first one can lead to serious brain injury.
- After a few days, it's OK to go back to your normal daily activities. But don't do anything that could cause your head to be hit again.

## Follow-up care

Follow up with your healthcare provider in 1 week, or as directed.

A radiologist will review any X-rays or CT scans that were taken. You will be told of any new findings that may affect your care.

## When to seek medical advice

Call your healthcare provider right away if any of these occur:

- Headache or dizziness that won't go away
- Redness, warmth, or pus from the swollen area

## Call 911

Call 911 or get medical care right away if any of these occur:

- Repeated vomiting (it's common to vomit once after a head injury)
- Headache or dizziness that is severe or gets worse
- Loss of consciousness
- Unusual drowsiness, or unable to wake up as usual
- Weakness or decreased ability to walk or move any limb
- Confusion, agitation, or change in behavior or speech, or memory loss
- Blurred vision
- Convulsion (seizure)
- Swelling on the scalp or face that gets worse
- Changes in pupil size (the black part of the eye)
- Fluid draining from or bleeding from the nose or ears

**StayWell last reviewed this educational content on** 6/1/2018

© 2000-2021 The StayWell Company, LLC. All rights reserved. This information is not intended as



Name: Willie Munn
Acct Num: WH0005460704
Med Rec Num: WR16773632
Location: Emergency Department
Primary Provider: Frey,John L
Date: 10/30/22

a substitute for professional medical care. Always follow your healthcare professional's instructions.

**Wadley Regional Medical Center**

A STEWARD FAMILY HOSPITAL

Name: Willie Munn
Acct Num: WH0005460704
Med Rec Num: WR16773632
Location: Emergency Department
Primary Provider: Frey,John L
Date: 10/30/22

- You may use acetaminophen to control pain, unless another pain medicine was prescribed. Don't use aspirin or ibuprofen after a head injury. If you have long-lasting (chronic) liver or kidney disease, talk with your healthcare provider before using these medicines. Also talk with your provider if you ever had a stomach ulcer or gastrointestinal bleeding.
- For the next 24 hours:
  - Don't drink alcohol or take sedatives or medicines that make you sleepy.
  - Don't drive or operate machinery.
  - Don't do anything strenuous. Don't lift or strain.

- Don't return right away to sports or to any activity where you could hit your head. Wait until all symptoms are gone and you have been cleared by your healthcare provider. Having a second head injury before you fully recover from the first one can lead to serious brain injury.
- After a few days, it's OK to go back to your normal daily activities. But don't do anything that could cause your head to be hit again.

## Follow-up care

Follow up with your healthcare provider in 1 week, or as directed.

A radiologist will review any X-rays or CT scans that were taken. You will be told of any new findings that may affect your care.

## When to seek medical advice

Call your healthcare provider right away if any of these occur:

- Headache or dizziness that won't go away
- Redness, warmth, or pus from the swollen area

## Call 911

Call 911 or get medical care right away if any of these occur:

- Repeated vomiting (it's common to vomit once after a head injury)
- Headache or dizziness that is severe or gets worse
- Loss of consciousness
- Unusual drowsiness, or unable to wake up as usual
- Weakness or decreased ability to walk or move any limb
- Confusion, agitation, or change in behavior or speech, or memory loss
- Blurred vision
- Convulsion (seizure)
- Swelling on the scalp or face that gets worse
- Changes in pupil size (the black part of the eye)
- Fluid draining from or bleeding from the nose or ears

**StayWell last reviewed this educational content on** 6/1/2018

© 2000-2021 The StayWell Company, LLC. All rights reserved. This information is not intended as



Name: Willie Munn
Acct Num: WH0005460704
Med Rec Num: WR16773632
Location: Emergency Department
Primary Provider: Frey,John L
Date: 10/30/22

a substitute for professional medical care. Always follow your healthcare professional's instructions.

## CRIMINAL JUSTICE COORDINATOR

## IN THE ARKANSAS SUPREME COURT
## JUSTICE BUILDING SUITE 1300
## 625 MARSHALL STREET
## LITTLE ROCK ARK 72201

### DOCKET #_____

### NOTICE OF APPEAL RULE 37.1. ET, al

**WILLIE MUNN**

     **VS**            **CR-29-20-243**
                        **CR-29-20-52**

**STATE OF ARKANSAS**
**HEMPSTEAD COUNTY**
**HOPE ARKANSAS P.O. BOXX 1420 HOPE ARK 71801**

**Hon, Duncan Culpepper Judge**
**Ben Hale Deputy Prosecuting**
**James Stayton Attorney**
**Charles Friday Attorney**

I, Willie Munn, states under The penalty 18 U.S.C. § 1621, The Penalty of Perjury That no one

help me prepare this Appeal; I am confined in 8 x 10 cell At the Hempstead County Jail. 66

years old Total Disable; Let God Will Be Done Release me

Cover Sheet

## IN THE ARKANSAS SUPREME COURT OF ARKANSAS

**WILLIE MUNN**

      **VS**                **29-CR-20-52**

                               **29-CR-20-243**

**STATE OF ARKANSAS**

### NOTICE OF APPEAL

Comes now Willie Munn, with His This case Is Take From Judgment And [Sentencing Order]

Entered November.23.2020 Petition For Revocation of Suspended Sentence File By The State on

June 17, 2022; A Hearing Was Held on 10-27-22, No Evidence Entered; Just Arbartary And

Conjucture Statements on 11-17-2022 The Defendant Suspended Was Revoke; No Reasons

State, Other Then The Defendant violated His S.I.S. No Evidence; One of The Reasons was

Inability Fines & Restitution Another was possession, on 12-5-2022 The State said The Evidence

was submitted But had not Return, yet on 10-27-22 Officer Bush said he Arrest Me with Crack

Cocaine But no evidence, presented then on 12-5-22 at A Pre Trial Hearing The State said no

evidence violate my 4th 5th 6th 8th & 14th Amend

Introduction

**IN THE ARKANSAS SUPREME COURT**
**CRIMINAL JUSTICE COORDINATOR**
**JUSTICE BUILDING, SUITE 1300**
**625 MARSHALL STREET**
**LITTLE ROCK, ARKANSAS 72201**

**WILLIE MUNN**                                              **APPELLANT**

**VS**                        **CR-20-243**
                              **CR-20-52**

**STATE OF ARKANSAS**                                        **APPELLEE'S**
**HEMPSTEAD COUNTY CIRCUIT COURT**

**RULE 1-2(B) 2 & 5-2002**

**NOTICE OF APPEAL**

This Is An Appeal Take From A Sentencing ORDER: Dated 11-18-22 Revocation hearing of a

Ten 10th Year Sentence For <u>Burglary</u> on, 9-28-20: Offense Date; The Defendant <u>was not on</u>

<u>parole</u>: At The time of The Hearing on 10-27-22.

**Summaries**

This Is An Appeal Taken From The Hempstead County Circuit Court, In Case 20-243-20-52; In

Which The Defendant, 10 Year Suspended Sentence, Was Revoked; For <u>Speclation</u>, <u>Arbartary</u>

And <u>Conjucture</u>; All I Heard, was The Prosecutor Say He Going To Give <u>Willie Munn</u> 10 Year's

I Heard That Around March; 2022 From My Daughter Law; She Said Ben Hale Told some

woman on the street's <u>Ben Hale</u> went off The Chart: And charge Me with <u>Burglary</u>. I am 66

years old; There was never no <u>Burglary</u> In The First Place As Defined In Arkansas Code Ann 5-

39-201(a) The State Could And Did Not <u>Prove</u> <u>Purpose</u> Nor <u>Intent</u> To Commit Any Crime

Punish By Imprisonment; Munn And His Girl Friend <u>Entered</u> The Home of <u>Latasha Featherston</u>

Next Door, They All Are <u>Neighbors</u> Good Friend's <u>Miss Featherson</u>, <u>Testify Under Oath</u>: That

Mr. Munn, And Miss Hawkins, Entered Her, <u>Home</u> on 9-28-20; That The <u>Door</u> was <u>Open</u>

1

That Miss Hawkins Entered First with Mr Munn, Right Behind Her, They Both Acting String When Mrs Featherston: Confronted Mr. Munn, He Turn Ran Out The Door, And Acdential Hit The T.V. It Fell And Brok; Mr Munn was Total "Nudd" There Never Was Any Burglary The Prosecutor BEN HALE Being Going Around Telling Peoples That He Went Of The Chart To Give Me The 10-Year He Said It In Open Court; Bosting About Sending Me To Prison; Prejudicous

The Hearing To Revoke Was File-June-17-2022 I Was In Jail on 7-1-2022; No Warrant Place on Me; violated Due process; The Truth About The Matter; The victim Testified And Told The Prosecutor; This Man Willie Munn, Did Not Burglarize My Home He, Did Not Brake In; "He" Did Not Take Anything. He Broke My T.V. The "Judg" Step In While The Victim on The Stan Testifing; And Told My Witness When He Broke The T.V. Then That Was "Burglary" The victim Than said, He still Did Not Take Anything; The Door was open; His Girl Friend Entered First; She was not charge with Anything; "Discriminatory"

There Never Was Any Burglary. And The Case I Pray For Justice The Case Be Dismissed; so I Can Go Home And Take Care My 88 Year old mother who's Total Blind; She Have No One But me; She Been Blind since 5-20-1977; That's How Long I Been Taken Care of Her; Call Her Mary Munn 870-983-3020; The Victim Number, 870-397-4551 I Pay'ed Her For Her T.V. $400 who Burglarize A House Total Nudd 9:AM No Car, No Truck What Was He Going To Transport What Ever In:___

The Law said To Define – Residential Burglary. Ark Code An, 5-39-201(a) There Two Essential Element's Intent And Purpose Nether Was Establish Here? The mere Entry of A Accopiade structure Is Not Inst Its Self To Define Burglary. The State Fail To prove That I Intended To Brake The T.V. Before My Girl Friend And I Entered The House; I Pray And Ask

2

This Hon Court's To Keep A Open Mind; I Admit That I was wrong I have Apologize To The Victim And Pay'ed Her For Her T.V. The Bible say's "spouting of before Listening To The Facts Is. Shameful And Foolish. Pr, 18:13., The Court Abuse It Decretion When It Only Listen To The State, And Not To The Witness who was The victim And Munn who's The victim In This Case; He was sent Back To Prison, for The Burglary For He was on parole, Willie Munn A.D.C. 80042, He Spend 10 Month's The Charge's Fro 1-25-20 was still pending; on 1-25-21 The Court Lost Jurisdiction To Prosecute Him; Instead Brought The Charges For Division 2nd prejudiced Willie Munn From The Beginning And Impose A sentence A Revocation Hearing: Denied me my 4th 5th 6th & 14th Amend Rights Of The State And United States Constitutional Right's Prejudicous, Then Mail me The Sentencing ORDER; In The Mail; What They Did To My Mom, Dad, My-self The Two Witness & The Victim was Arrante Disrespectful I am going to Give Him 10th Year's you All Can Go Home; (all Them And Ask Them, They Told me After I call Them After Court, No Warrant Number, All Warrants was served The Day They was Dated; Never Read me my Rights, Miranda Right's Never Had A Warrant Ark Rule 7.1.C. Just Arrest me Took me To Jail: Without Informing me of Anything: On 5-15-22 shot me In my Back while I was stand on private property I Lost (coninicous) past out when I Awaken I was Handcuff Behind my Back, I am Total Disable Your Officer Bush A Young 25 – 26 year old man, I Did Not Have Any Felony warrant at the time: I Ask Him To Take me To the Hospital He Refuse; I still have not saw A Special For My Back as of 11-26-22; Neck, should or Head neglect They wont say what I Did; Because I Have Not Been convicted of Anything; Else As of 11-18-22 And They Denied All My Motions; For Five My Lawyer, A Jury Trial, They In The Record, Motion To withdraw my plea They Just Do What They Wont To Do; This Never was Any Burglary Ben Hale said He was Behind The Sean In 2020 And went Off The Sentencing And Gave Me 10

3

Year's Illegal Sentence For A Crime I Had Not Committed; He Right God Don't Like Uglyness. He Thought He Was Doing Something Smart But To Me It Was Fraudulent And dishonest Act. Or practice; Ark Code Ann § 17-19-210 (a) (3) Repl. 1995. The Defendant Also contend The state violate Rule of Evidence: 404, 505. You see I call The victim And she came And Testify That I Did Not Burglarize Her Home on cross examination The prosecutor, produce Her statement He Ask Her why she Did not Tell That Her Door was Open And Lisa Hawkins Entered Her House First, with Munn Right Behind Her; She said You Did Not Ask Me; The Lawyer at The first Beanch Trial 9-28-20 Abanded me Did not File Any pre Trial Motions. Ineffective counsel Strickland vs Washington

The First Lawyer Charles Friday call me The [N] Word; The Bailiff Had To Separate us Behind The Judge's Chambers, "He Mr Friday The Lawyer If You Wont To Call Him That, Tried To Get Me To Plea Guilty To Burglary I said man you wont me To Lie And say I Burglarize That Woman House; I wont Lie on my-self, He said If you Go To Trial I will Bring up you past criminal History: He Threaten me Then said Tats why I Don't Like Foolwing with people of Your Kind You All wont Listen That When He Push my Botton, I said what you mean my kind, we In A Heated Argument, The Bailiff step In, I plea No Contended, without knowledge of what It mean: I know That I Did Not Brake or Entered my Neighbor Home with The purpose or Intent To Still Committee Another Crime; I Acdential Hit The T.V. when She Jump And said Willie Willie, on my way on out The Door. I Don't understand The State with All Its Resources Keep Trying To Convict, An Innocent Man of Burglary And Give Him Ten Years Day For Day; It Got To Be something personal The State see The shape my Mother Is In, As well As my father 91 years old, we Just Had Bederal for my oldest Brother July 15th The Lawyer Had The Obetrary never Introduce It, At The Hearing To Revoke; my Family still mourning They Have no one But

4

me, His Name Willie Munn Jr, T.D.C. #722218; When The plea was made In The Burglary charge, Back 9-28-20 It was Constitutionally Impermissible; And Ineffective Assistance of Counsel; Paris vs. U.S. 529 F. 3d 134 The prosecutor; Keep saying That The State Been Trying to Bring This Case To Court, when The petition was Just File To Revoke The 10 Year suspended sentence June 17th, 2022; I Just Bond out July 1, 2022; The Cases 29-CR-20-52, 29-CR-20-243. Jan 25, 2020; I was Lock up 9-28-2020, Sent Back To Prison, 11-21-2020; Spend Two Month's In The County And 10 Month's In Prison: violated For Being Charge with Burglary punitive Then Given 10 Years Double Jeopardy Now Had A Hearing To Revoke The Ten Year Sentence, when The Court In Stewart Vs State 332 Ark 138 964 SW.2d 793 Ark 1998 Supreme Court of Arkansas Reverse And Dismiss, Webb Vs State citing Queen Vs State 271 Ark 929, Ark 612 SW2d 95 Ark 1981.  Terry Vs Ohio 392 U.S. 1.  88 Supreme Court Art 2. § 10 Of The Constitution State In All Criminal Prosecutions, The Accused shall Enjoy The Right To A Speedy And Public Trial by Impartial Jury Of The County In Which The Crime Shall have Been Committed: Ingram Vs State 914 N.W.2d 794. 2018.  In violation of The 4th Amend of Probable Cause, The 5th Amend of Due Process, The 8th Amend Cruel And Unusally punishment The 14th Amend Of Equal Protection Of The Law: The Defendant Do Not ware waive his Rights To Be Indictment By A Grand Jury: He move That All charges Be Dismiss In violation Of The 4th Amend Of The Posion Tree, Illegal Search.

I, Willie Munn, sware under The penalty Of Purjery U.S. Co 1621 That The Information Herein Are True And Correct To The Best Of my knowledge

X_____

Willie Munn

5

## IN THE ARKANSAS SUPREME COURT OF ARKANSAS

**WILLIE MUNN**

     **VS**             **29-CR-20-52**

                       **29-CR-20-243**

**STATE OF ARKANSAS**

### NOTICE OF APPEAL

Comes now Willie Munn, with His This case Is Take From Judgment And [Sentencing Order]

Entered November.23.2020 Petition For Revocation of Suspended Sentence File By The State on

June 17, 2022; A Hearing Was Held on 10-27-22, No Evidence Entered; Just Arbartary And

Conjucture Statements on 11-17-2022 The Defendant Suspended Was Revoke; No Reasons

State, Other Then The Defendant violated His S.I.S. No Evidence; One of The Reasons was

Inability Fines & Restitution Another was possession, on 12-5-2022 The State said The Evidence

was submitted But had not Return, yet on 10-27-22 Officer Bush said he Arrest Me with Crack

Cocaine But no evidence, presented then on 12-5-22 at A Pre Trial Hearing The State said no

evidence violate my 4th 5th 6th 8th & 14th Amend

Introduction

**IN THE ARKANSAS SUPREME COURT**
**CRIMINAL JUSTICE COORDINATOR**
**JUSTICE BUILDING, SUITE 1300**
**625 MARSHALL STREET**
**LITTLE ROCK, ARKANSAS 72201**

**WILLIE MUNN**                                              **APPELLANT**

**VS**                              **CR-20-243**
                                    **CR-20-52**

**STATE OF ARKANSAS**                                        **APPELLEE'S**
**HEMPSTEAD COUNTY CIRCUIT COURT**

**RULE 1-2(B) 2 & 5-2002**

**NOTICE OF APPEAL**

This Is An Appeal Take From A Sentencing ORDER: Dated 11-18-22 Revocation hearing of a

Ten 10th Year Sentence For Burglary on, 9-28-20: Offense Date; The Defendant was not on

parole: At The time of The Hearing on 10-27-22.

**Summaries**

This Is An Appeal Taken From The Hempstead County Circuit Court, In Case 20-243-20-52; In

Which The Defendant, 10 Year Suspended Sentence, Was Revoked; For Speclation, Arbartary

And Conjucture; All I Heard, was The Prosecutor Say He Going To Give Willie Munn 10 Year's

I Heard That Around March; 2022 From My Daughter Law; She Said Ben Hale Told some

woman on the street's Ben Hale went off The Chart: And charge Me with Burglary. I am 66

years old; There was never no Burglary In The First Place As Defined In Arkansas Code Ann 5-

39-201(a) The State Could And Did Not Prove Purpose Nor Intent To Commit Any Crime

Punish By Imprisonment; Munn And His Girl Friend Entered The Home of Latasha Featherston

Next Door, They All Are Neighbors Good Friend's Miss Featherson, Testify Under Oath: That

Mr. Munn, And Miss Hawkins, Entered Her, Home on 9-28-20; That The Door was Open

1

That Miss Hawkins Entered First with Mr Munn, Right Behind Her, They Both Acting String When Mrs Featherston: Confronted Mr. Munn, He Turn Ran Out The Door, And Acdential Hit The T.V. It Fell And Brok; Mr Munn was Total "Nudd" There Never Was Any Burglary The Prosecutor BEN HALE Being Going Around Telling Peoples That He Went Of The Chart To Give Me The 10-Year He Said It In Open Court; Bosting About Sending Me To Prison; Prejudicous

The Hearing To Revoke Was File-June-17-2022 I Was In Jail on 7-1-2022; No Warrant Place on Me; violated Due process; The Truth About The Matter; The victim Testified And Told The Prosecutor; This Man Willie Munn, Did Not Burglarize My Home He, Did Not Brake In; "He" Did Not Take Anything. He Broke My T.V. The "Judg" Step In While The Victim on The Stan Testifing; And Told My Witness When He Broke The T.V. Then That Was "Burglary" The victim Than said, He still Did Not Take Anything; The Door was open; His Girl Friend Entered First; She was not charge with Anything; "Discriminatory"

There Never Was Any Burglary. And The Case I Pray For Justice The Case Be Dismissed; so I Can Go Home And Take Care My 88 Year old mother who's Total Blind; She Have No One But me; She Been Blind since 5-20-1977; That's How Long I Been Taken Care of Her; Call Her Mary Munn 870-983-3020; The Victim Number, 870-397-4551 I Pay'ed Her For Her T.V. $400 who Burglarize A House Total Nudd 9:AM No Car, No Truck What Was He Going To Transport What Ever In:___

The Law said To Define – Residential Burglary.  Ark Code An, 5-39-201(a) There Two Essential Element's Intent And Purpose Nether Was Establish Here  The mere Entry of A Accopiade structure Is Not Inst Its Self To Define Burglary.  The State Fail To prove That I Intended To Brake The T.V. Before My Girl Friend And I Entered The House; I Pray And Ask

2

This Hon Court's To Keep A Open <u>Mind</u>; I Admit That I was wrong I have <u>Apologize</u> To The <u>Victim</u> And Pay'ed Her For Her T.V.  The Bible say's "spouting of before Listening To The Facts Is. Shameful And Foolish. Pr, 18:13., The Court Abuse It Decretion When It Only Listen To The State, And Not To The Witness who was The <u>victim</u> And <u>Munn</u> who's The victim In This Case; He was sent Back To Prison, for The <u>Burglary</u> For He was on parole, Willie Munn A.D.C. 80042, He Spend 10 Month's The Charge's Fro 1-25-20 was still pending; on 1-25-21 The Court Lost <u>Jurisdiction</u> To <u>Prosecute Him</u>; Instead Brought The Charges For Division 2nd prejudiced Willie Munn From The Beginning And Impose A sentence A Revocation Hearing: Denied me my <u>4th 5th 6th & 14th Amend Rights Of The State And United States Constitutional</u> Right's <u>Prejudicous, Then Mail me The Sentencing ORDER</u>; In The Mail; What They Did To My Mom, Dad, My-self The Two Witness & The Victim was <u>Arrante</u> <u>Disrespectful</u> <u>I am going to Give Him 10th Year's you All Can Go Home</u>; (all Them And Ask Them, They Told me After I call Them After Court, <u>No Warrant Number, All Warrants was served The Day They was Dated</u>; Never <u>Read me my Rights, Miranda Right's</u> Never Had A Warrant <u>Ark Rule 7.1.C.</u>  Just Arrest me Took me To Jail: Without Informing me of Anything: On 5-15-22 shot me In my Back while I was stand on private property I Lost (<u>coninicous</u>) past out when I Awaken I was Handcuff Behind my Back, I am Total Disable Your Officer <u>Bush</u> A Young 25 – 26 year old man, I Did Not Have Any Felony warrant at the time: I Ask Him To Take me To the Hospital He Refuse; I still have not saw A Special For My Back as of 11-26-22; Neck, should or Head neglect They wont say what I Did; Because I Have Not Been convicted of Anything; Else As of 11-18-22 And They Denied All My Motions; For Five My Lawyer, A Jury Trial, They In The Record, Motion To <u>withdraw my plea</u> They Just Do What They Wont To Do; This Never was Any <u>Burglary</u> Ben Hale said He was Behind The Sean In 2020 And went <u>Off The Sentencing</u> And Gave Me 10

Year's Illegal Sentence For A Crime I Had Not Committed; He Right God Don't Like Uglyness.
He Thought He Was Doing Something Smart But To Me It Was Fraudulent And dishonest Act.
Or practice; Ark Code Ann § 17-19-210 (a) (3) Repl. 1995. The Defendant Also contend The
state violate Rule of Evidence: 404, 505. You see I call The victim And she came And Testify
That I Did Not Burglarize Her Home on cross examination The prosecutor, produce Her
statement He Ask Her why she Did not Tell That Her Door was Open And Lisa Hawkins
Entered Her House First, with Munn Right Behind Her; She said You Did Not Ask Me; The
Lawyer at The first Beanch Trial 9-28-20 Abanded me Did not File Any pre Trial Motions.
Ineffective counsel Strickland vs Washington

The First Lawyer Charles Friday call me The [N] Word; The Bailiff Had To Separate us Behind
The Judge's Chambers, "He Mr Friday The Lawyer If You Wont To Call Him That, Tried To
Get Me To Plea Guilty To Burglary I said man you wont me To Lie And say I Burglarize That
Woman House; I wont Lie on my-self, He said If you Go To Trial I will Bring up you past
criminal History: He Threaten me Then said Tats why I Don't Like Foolwing with people of
Your Kind You All wont Listen That When He Push my Botton, I said what you mean my kind,
we In A Heated Argument, The Bailiff step In, I plea No Contended, without knowledge of what
It mean: I know That I Did Not Brake or Entered my Neighbor Home with The purpose or Intent
To Still Committee Another Crime; I Acdential Hit The T.V. when She Jump And said Willie
Willie, on my way on out The Door. I Don't understand The State with All Its Resources Keep
Trying To Convict, An Innocent Man of Burglary And Give Him Ten Years Day For Day; It Got
To Be something personal The State see The shape my Mother Is In, As well As my father 91
years old, we Just Had Bederal for my oldest Brother July 15[th] The Lawyer Had The Obetrary
never Introduce It, At The Hearing To Revoke; my Family still mourning They Have no one But

4

me, His Name Willie Munn Jr, T.D.C. #722218; When The plea was made In The Burglary charge, Back 9-28-20 It was Constitutionally Impermissible; And Ineffective Assistance of Counsel; Paris vs. U.S. 529 F. 3d 134  The prosecutor; Keep saying That The State Been Trying to Bring This Case To Court, when The petition was Just File To Revoke The 10 Year suspended sentence June 17th, 2022; I Just Bond out July 1, 2022; The Cases 29-CR-20-52, 29-CR-20-243. Jan 25, 2020; I was Lock up 9-28-2020, Sent Back To Prison, 11-21-2020; Spend Two Month's In The County And 10 Month's In Prison: violated For Being Charge with Burglary punitive Then Given 10 Years Double Jeopardy Now Had A Hearing To Revoke The Ten Year Sentence, when The Court In Stewart Vs State 332 Ark 138 964 SW.2d 793 Ark 1998 Supreme Court of Arkansas Reverse And Dismiss, Webb Vs State citing Queen Vs State 271 Ark 929, Ark 612 SW2d 95 Ark 1981.  Terry Vs Ohio 392 U.S. 1.  88 Supreme Court Art 2. § 10 Of The Constitution State In All Criminal Prosecutions, The Accused shall Enjoy The Right To A Speedy And Public Trial by Impartial Jury Of The County In Which The Crime Shall have Been Committed: Ingram Vs State 914 N.W.2d 794. 2018.  In violation of The 4th Amend of Probable Cause, The 5th Amend of Due Process, The 8th Amend Cruel And Unusally punishment The 14th Amend Of Equal Protection Of The Law: The Defendant Do Not ware waive his Rights To Be Indictment By A Grand Jury: He move That All charges Be Dismiss In violation Of The 4th Amend Of The Posion Tree, Illegal Search.

I, Willie Munn, sware under The penalty Of Purjery U.S. Co 1621 That The Information Herein Are True And Correct To The Best Of my knowledge

x _Willie Munn_
Willie Munn

5



Willie McCaul
P.O. Box 600
Grady ARK 71644

ADC
VARNER
UNIT

quadient
FIRST-CLASS MAIL
IMI
$002.94
02/27/2023 ZIP 71643
043M31236723
US POSTAGE

United States District Court
Western District Of Arkansas
Texarkana Division
500 North State Line Avue
Texarkana Arkansas
71854