IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

WILLIE MUNN                                                                                           PLAINTIFF

v.                                        Case No. 4:23-cv-4033

SHERIFF JAMES SINGLETON, *et al.*                                                   DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed May 8, 2023, by the Honorable Christy Comstock, United States Magistrate Judge for the Western District of Arkansas. ECF No. 7. Judge Comstock recommends that this case be dismissed pursuant to 28 U.S.C. § 1915(g) because Plaintiff is barred as a frivolous filer from proceeding *in forma pauperis* in this case. Plaintiff has not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, the Court adopts the Report and Recommendation *in toto*. Accordingly, this case is **DISMISSED WITHOUT PREJUDICE**. Plaintiff may move to reopen this case upon full payment of the requisite filing fee of $402.00.

**IT IS SO ORDERED**, this 30th day of May, 2023.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge